To: United States Eastern District Court Clerk c/o Justice (ARR) (LB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 16 2010 ★
BROOKLYN OFFICE

Re: To be added as Class members in Petition of Jose Morales v City of New York #10 cv 3097 (ARR)

From: Malik Edwards (875-10-02540)
Alan Pointzes (300-10000-773)
Devin Sayers (541-100-2001)

Dear Sir/Mam, the above named people would like to be added as class members of the class action Petition of Jose Morales et al v City of N.Y. #10-cv-3097 please include us in all further advancements in said claim. All listed names above can be reached at the same address all will supply the courts with any additional information of address changed if moved thank you for your time and response to this matter.

Respectfully Submitted

Malik Edwards D-3
Malik Edwards (875-100 2540)

Devin Sayers D-3
DEVIN Sayers 541-100-2001

Alan Pointzes
Alan Pointzes 3001000773

cc: personal file
M. Edwards
A. Pointzes
D. Sayers
1500 Hazen St
North Infirmary Command
East Elmhurst N.Y. 11370

MALIK EDWARDS (815-1002540)
North Infirmary Command
1500 Hazen Street
East Elmhurst N.Y. 11370

Eastern District of N.Y.
225 Cadman Plaza East
Brooklyn N.Y. 11201-1818

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 16 2010 ★
BROOKLYN OFFICE